

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-16-00142-CV

Joseph **GONZALEZ**,
Appellant

v.

**BANDERA COUNTY**, John A. Culvyhouse, Herlinda Culvyhouse, and Jeff A. Randall,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000236
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order granting a plea to the jurisdiction that was signed on February 17, 2016. Appellant Joseph Gonzalez filed his notice of appeal and a motion for extension of time to file the notice of appeal on March 22, 2016. This court granted the motion for extension of time. Accordingly, the clerk's record was due April 1, 2016, ten days after the notice of appeal was filed. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed.

This court notified the Bandera County District Clerk that the clerk's record was late. *See* TEX. R. APP. P. 37.3(a)(1). Our notice required the clerk to either file a motion for extension of time by April 10 or file the record by April 15. The clerk responded to our notice by stating the clerk's record has not been filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order Joseph Gonzalez to provide written proof to this court by **April 14, 2016** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.



_____
Keith E. Hottle
Clerk of Court